# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRYAN MCFARLAND,<br><br>        Plaintiff,<br><br>v.<br><br>SCHREIBER LAW, LLC; MIDLAND FUNDING, LLC; JOHN DOES 1-X,,<br><br>        Defendants. | CIVIL ACTION NO. 3:21-cv-30009 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Andrew M. Schneiderman, as counsel of record for the Defendant, Midland Funding, LLC, in the above-captioned matter.

>Attorneys for Defendant MIDLAND FUNDING, LLC
>By: Its Attorneys
>
>*/s/ Andrew M. Schneiderman*
>Andrew M. Schneiderman, BBO #666252
>HINSHAW & CULBERTSON LLP
>53 State Street
>27th Floor
>Boston, MA 02109
>617-213-7000
>617-213-7001  (facsimile)
>aschneiderman@hinshawlaw.com

Dated: March 5, 2021

## CERTIFICATE OF SERVICE

I, Andrew M. Schneiderman, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 5, 2021.

>*/s/ Andrew M. Schneiderman*
>Andrew M. Schneiderman